IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHIRLEY A. COLE                                                PLAINTIFF

v.                            CIVIL NO.

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                    DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 4th day of January 2010:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* be granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of December 30, 2009. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security thereof. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

                                                       HON. JAMES R. MARSCHEWSKI
                                                       UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 4 2010

CHRIS R. JOHNSON, CLERK

BY
         DEPUTY CLERK

AO72A
(Rev. 8/82)