IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHIRLEY A. COLE                                                    PLAINTIFF

            v.                              CIVIL NO. 10-2001

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

## JUDGMENT

Presently before the court is the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.  (Doc. #12).  For the reasons set forth in this Court's Memorandum Opinion, the defendant's motion is hereby granted and the clerk is ordered to dismiss plaintiff's Complaint with prejudice.

IT IS SO ORDERED this 8th day of September 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE